DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

**Brenda Wallis**

               Plaintiff,               Civil No. 09-cv-1112-KI

    vs.

**Commissioner of Social Security**     ORDER GRANTING AWARD
        **Defendant.**                OF EAJA FEES, EXPENSES AND
                                              COSTS

**ORDER**

Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, as discussed in <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), it is hereby ordered that EAJA attorney's fees of $5,510.45 and expenses of $5.01 and costs of $15.50, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this  17th  day of  February , 20 11 .

            /s/ Garr M. King
                       Judge

Presented by:

s/ DAVID B. LOWRY
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223